**Exhibit "B"**

Page 1
http://chickenkingla.com/products.html
Catering Port Barre | Southern Food | Fast Food Menu

CALL US NOW! 337-585-7150 Port Barre, LA or 337-942-9224 Opelousas, LA

**CHICKEN KING** — It's good to be the King

Home | Products | Menu | Careers | Contact | Order Now With Waitrapp.com



## Your Regal Southern Restaurant

### In Port Barre, LA

Chicken King offers amazing catering services and mouthwatering Southern food in Port Barre, LA. We pride ourselves on our ability to deliver authentic flavors at reasonable prices. Our <u>fast food menu</u> offers a wide range of options that will satisfy even the pickiest eaters.

**Menu Includes:**

- BBQ
- Breakfast
- Burgers
- Buttermilk Biscuits
- Chicken Nuggets
- Chicken Wings
- Cole Slaw
- Combo Meals
- Daily Home Cooked Plate Lunches
- French Fries
- Fried Chicken Buckets
- Kids Meals
- Mashed Potatoes
- Pies
- PoBoys
- Potato Salad
- Salads
- Seafood
- Steaks




### Taste The Homemade Difference

We serve homemade King sauce and homemade tartar sauce. We also offer freshly squeezed lemon aid and our famous 1/2 pound Angus Beef Big Daddy burgers. Our customers also love our crushed ice with fountain drinks. We sell bagged crushed ice and cater for events with our party platters for your convenience.

Our payment options include cash and all credit cards. Come to us for filling portions, exceptional <u>Southern food</u>, and professional customer care. Call Chicken King to learn more about our catering services or to order from our fast food menu.

Captured by FireShot Pro: 10 November 2022, 12:39:40
https://getfireshot.com

