AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |  |
|---|---|---|
| PREPARED FOOD PHOTOS INC | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 6:24–CV–00351–RRS–DJA |
| | ) | Judge Robert R Summerhays |
| CLYDES CHICKEN KING INC | ) | |
| Defendant | ) | |

### SUMMONS IN A CIVIL ACTION

To:
**Clydes Chicken King Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **John E W Baay II**
> **Gieger Laborde & Laperouse**
> **701 Poydras St Ste 4800**
> **New Orleans, LA 70139**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: __3/18/2024__

_/s/ – Daniel J. McCoy__

Case 6:24-cv-00351   Document 4   Filed 03/11/24   Page 2 of 2 PageID #:  30
Case 6:24-cv-00351-RRS-DJA   Document 7   Filed 03/25/24   Page 2 of 2 PageID #:  61
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:24−CV−00351
**PROOF OF SERVICE**
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Clydes Chicken King Inc** was received by me on
*(date)* March 22, 2024 _____.

- I personally served the summons on **Clydes Chicken King Inc** at
  *(place)*_____ _____ on
  *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____, a person of suitable age and discretion
  who resides there, on *(date)* _____, and mailed a copy to the individual's
  last known address; or

- I served the summons on *(name of individual)* John Clyde Deville, Jr., who is
  designated by law to accept service of process on behalf of *(name of organization)*
  Clyde's Chicken King, Inc. _____ on *(date)*
  3/23/24 @ 9:46 Am ; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.


Date: 3/25/2024 _____

_____
Sarah A. Stelly
*Server's signature*

_____
Sarah A. Stelly, PPS, LPI
*Printed name and title*


_____
*Server's address*


Additional information regarding attemped service,
etc: