UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | No. 6:24-cv-00351-RRS-DGA |
| | ) | |
| CLYDE'S CHICKEN KING, INC. d/b/a CHICKEN KING, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(6) and 56 of the Federal Rules of Civil Procedure, and for the reasons explained in the accompanying memorandum of law, defendant Clyde's Chicken King, Inc., d/b/a Chicken King, moves the court to dismiss this action with prejudice as untimely. In support of summary judgment, defendant is filing the accompanying Statement of Material Facts and Affirmations of Stacy Deville Boudreaux and Paul Alan Levy, and their exhibits.

Respectfully submitted,

/s/ Paul Alan Levy
Paul Alan Levy (pro hac vice to be sought)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org

/s/ Heather Cross
Heather Cross La. Bar. No. 26249

The Cross Law Firm

6663 Jefferson Hwy
Baton Rouge, Louisiana 70806
(225) 256-0366
hcross@lawacrossla.com

April 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on **April 12, 2024** a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Heather A. Cross

_____
HEATHER A. CROSS