UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 6:24-cv-00351-RRS-DGA |
| CLYDE'S CHICKEN KING, INC. d/b/a CHICKEN KING, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

The complaint is dismissed with prejudice as untimely,

    pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure

    or

    pursuant to Rule 56 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this ___ day of _____ 2024.

                                                                                   United States District Judge