UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 6:24-cv-00351-RRS-DGA ) |
| CLYDE'S CHICKEN KING, INC. d/b/a CHICKEN KING, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S APPLICATION FOR ATTORNEY FEES AND COSTS**

Pursuant to 17 U.S.C. § 505 and Rule 54(d) of the Federal Rules of Civil Procedure, defendant Clyde's Chicken King moves the Court to award it $36,320 in attorney fees and costs.

Respectfully submitted,

/s Paul Alan Levy
Paul Alan Levy (pro hac vice)

Public Citizen Litigation Group
1600 20th Street NW
Washington, D.C. 20009
(202) 588-7725
plevy@citizen.org


 /s/   Heather Cross
Heather Cross

The Cross Law Firm
6663 Jefferson Hwy
Baton Rouge, Louisiana 70806
(225) 256-0366
hcross@lawacrossla.com

May 15, 2024