UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE )
MARKETING & COMMUNICATIONS CO., INC., )
                                                )
                     Plaintiff, )
                                                )
           v.                               )       No. 6:24-cv-00351-RRS-DGA
                                                 )
CLYDE'S CHICKEN KING, INC. d/b/a )
CHICKEN KING, )
                                                  )
                   Defendant. )

**AFFIRMATION OF MARTHA SOLT**

1. My name is Martha Solt.   I am Public Citizen Litigation Group's Office Assistant.

2.  I received from Paul Levy a spreadsheet that he told me Prepared Food Photos had produced in discovery, entitled "One-Off Infringement Tracking Sheet."  One of the columns in that  spreadsheet contained amounts of money that had been paid to the plaintiff in settlement of its demands for damages.  The first date on the spreadsheet was April 24, 2019.

3.  Mr.  Levy asked me to total the amounts of settlements reported for each year.  For the year 2019, beginning in April and ending December 31, 2019, the total amount of settlements was $317,055.

                                       Pursuant to 28 U.S.C.§ 1746, I hereby affirm that the foregoing is true and correct.  Executed on May 14, 2024.

                                       Martha Solt

-1-