UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC., f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 6:24-cv-00351-RRS-DGA ) |
| CLYDE'S CHICKEN KING, INC. d/b/a CHICKEN KING, | ) ) ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Pursuant to 17 U.S.C. § 505, defendant Clyde's Chicken King is awarded its attorney fees and costs against plaintiff Prepared Food Photos, Inc., in the amount of $36,320.

IT IS SO ORDERED.

Dated: _____ \_\_, 2024.


_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE